UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALONZO HAMPTON                                                                                    PLAINTIFF
ADC #137559

V.                                        No. 4:21-CV-531-KGB-JTR

WILLIAM FREEMAN, IV,
Correctional Lieutenant,
Maximum Security Unit, ADC                                                                     DEFENDANT

### ORDER

On March 27, 2023, the Honorable Kristine G. Baker entered an Order denying Defendant Lieutenant William Freeman, IV's Motion for Summary Judgment, in part, and allowing Plaintiff Alonzo Hampton to proceed with his personal-capacity First Amendment retaliation claim against Freeman for compensatory, punitive, and nominal damages. *Doc. 48.* All other claims have been dismissed and the dispositive motions deadline has expired. *Id.; Doc. 16.* Thus, Hampton's First Amendment retaliation claim is ready to be scheduled for a trial before Judge Baker.

Because both parties have requested a jury trial, the appointment of counsel for Hampton is warranted. *See Doc. 2 at 1; Doc. 8 at 4.* Accordingly, the Court will appoint Gerald A. Coleman as counsel for Hampton. The Court will no longer accept for filing any *pro se* pleadings submitted by Hampton—instead, all future pleadings must be filed and signed by his appointed counsel. *See* Local Rule 5.5(c)(1) ("Every

pleading, motion, or other paper (except a *pro se* motion to discharge an attorney) filed [o]n behalf of a party represented by counsel shall be signed by at least one attorney of record[.]").

IT IS THEREFORE ORDERED THAT:

1. Gerald A. Coleman, Attorney at Law, Post Office Box 2244, West Memphis, Arkansas 72303, is APPOINTED to represent Hampton in this § 1983 action.

2. The Clerk is directed to send Mr. Coleman a copy of this Order and Local Rules 83.6 and 83.7. If Mr. Coleman is unable to obtain the remainder of the file from CM/ECF, he should contact Judge Ray's Chambers, and a copy of the file, or any portion thereof, will be provided to her free of charge.

5. The Clerk is directed to refrain from docketing any future *pro se* pleadings submitted by Hampton.

6. The Clerk is directed to send a copy of this Order and the docket sheet to Hampton.

DATED this 31st day of March, 2023.

                                                               _____
UNITED STATES MAGISTRATE JUDGE